# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Docket No. 3:14-mj-73-DCK |
| ) | |
| v. ) | |
| ) | |
| DENNIS DE LA ROSA ) | **ORDER** |

This matter is before the Court on the Motion of the United States of America to dismiss the charges against Defendant Dennis De La Rosa in the criminal Complaint in the above-captioned case.

**IT IS HEREBY ORDERED** that the motion be **GRANTED** and that the charges against Defendant Dennis De La Rosa in the above-captioned criminal Complaint be dismissed without prejudice.

**SO ORDERED**.

Signed: April 13, 2020

David C. Keesler
United States Magistrate Judge